JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PILAT,<br><br>  Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>  Defendant. | Case No: CV12-03254 DMG(CWx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [14]** |

In accordance with the parties' stipulation re voluntary dismissal, and good cause appearing therefor, this action is hereby dismissed in its entirety with prejudice. Each side shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  December 12, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE